IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERLINDO RODRIGUEZ,

        Plaintiff,                    No. CIV S 07-2345 MCE DAD P

   vs.

CDCR, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 8, 2007, plaintiff was directed to submit a properly completed in forma pauperis application form. In response to the court's order, plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application does not include a prison official's certification. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 24, 2008 application to proceed in forma pauperis is denied without prejudice;

/////

1

2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a prison official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: February 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rodr2345.3e(2)