IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERLINDO RODRIGUEZ,

    Plaintiff,                     No. CIV S 07-2345 MCE DAD P

    vs.

CDCR, et al.,

    Defendants.                <u>ORDER</u>

                            /

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 13, 2008, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has filed a second amended complaint.

          Plaintiff's second amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Mayson and

/////

/////

/////

/////

/////

1

Colletti.[1]  However, plaintiff failed to sign his complaint.  Under Rule 11 of the Federal Rules of Civil Procedure, plaintiff is required to sign his complaint.  In the interests of justice, the court will direct the Clerk of the Court to send plaintiff a copy of his second amended complaint, and plaintiff will be granted thirty days leave to sign and date his complaint and return it to the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of his May 29, 2008 second amended complaint; and

2. Within thirty days of the date of this order, plaintiff shall sign and date the complaint and return it to the court.

DATED: June 6, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rodr2345.14am(2)

---

[1]  Plaintiff has named the "CDCR" as a defendant in this action.  As the court previously advised plaintiff, the Eleventh Amendment serves as a jurisdictional bar to suits brought by private parties against a state or state agency unless the state or the agency consents to such suit.  See Quern v. Jordan, 440 U.S. 332, 340 (1979); Alabama v. Pugh, 438 U.S. 781, 782 (1978); Jackson v. Hayakawa, 682 F.2d 1344, 1349-50 (9th Cir. 1982).  In the instant case, the California Department of Corrections and Rehabilitation ("CDCR") has not consented to suit.  Accordingly, plaintiff will not be allowed to proceed in this action against the CDCR.