IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERLINDO RODRIGUEZ,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CDCR, et al.,**<br><br>　　　　　　　Defendants. | Case No. 2:07-cv-2345 MCE DAD P<br><br>**ORDER** |

　　Defendants have filed a request for an extension of time to file a responsive pleading in this action. Good cause appearing, IT IS HEREBY ORDERED that defendants are granted up to and including November 6, 2008, to file a responsive pleading in this action.

DATED: October 7, 2008.

/rodr2345.36rp

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE